UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GEORGE KINNEY, ALLES CORPORATION, THOMAS GALLAGHER, BEN HASTEN, and MARK JAFFE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

METRO GLOBAL MEDIA, INC., DAN H. EBERLY, KENNETH F. GUARINO, A. DANIEL GERIBO, T. JAMES BLAIR, JANET M. HOEY, and TRIEN ROSENBERG ROSENBERG WEINBERG CIULLO & FAZZARI, LLP,

Defendants.

C.A. 99-579-ML

**PETITION FOR ORDER FOR FINAL**
**DISTRIBUTION OF SETTLEMENT FUNDS**

WHEREAS, settlement of the above-captioned litigation was granted final approval by the Court in December 2003. The Court at that time entered final judgment and retained jurisdiction over the administration and distribution of the Settlement Fund. The initial distribution authorized by the Court for approved claimants was carried out in May 2004; and

WHEREAS, four of the checks issued out of the Settlement Fund remain uncashed, leaving a balance of $2,978.49. Attempts to locate claimants for these checks have been unsuccessful. The Affidavit of Jacqueline Sailer filed in conjunction herewith sets forth these efforts and lists those claimants whose claims should be denied for failure to comply with the plan of distribution; and

WHEREAS, the plan of distribution has now been completed and the amount of the undistributed Settlement Fund consists of uncashed distributions; and

WHEREAS, the Settling Defendants have no claim to these funds. The final judgment, long since entered, confers no residual interest in Defendants; and

WHEREAS, the processing of supplemental checks would result in a *de minimis*, if any, distribution to each approved claimant but would incur additional administration costs; and

WHEREAS, in similar matters, the remaining balance of the settlement funds have been distributed to such charities or educational institutions as the Court may approve. Lead Counsel requests that the Court consider the following institutions as recipients of the undistributed balance in the Settlement Fund: the Women's Center of Rhode Island, the Securities Law Society of St. John's Law School, and New York Law School.

NOW, THEREFORE, Plaintiffs hereby petition the Court for entry of an Order providing as follows:

1. That the claims of Judd Block, General Motor State Street Corp., Dmitry Gozman, and Alex Pacheco be denied for failure to comply with the plan of distribution;

2. That the balance remaining in the Settlement Fund be contributed to the following charities in equal parts: the Women's Center of Rhode Island, the Securities Law Society of St. John's Law School, and New York Law School.

3. Entry of such an order will terminate all aspects of this litigation finally and for all purposes.

Thus, for all of the reasons specified herein, Plaintiffs request that the Court enter the proposed Order attached hereto as Exhibit A.

Dated: October 18, 2006

MURRAY, FRANK & SAILER LLP

By: [signature]
Jacqueline Sailer (admitted *pro hac*)
275 Madison Avenue
New York, NY 10016
(212) 682-1818

LITTLE, BULMAN, MEDEIROS, & WITHNEY, P.C.
Matthew F. Medeiros (RI 1856)
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080

Lead Plaintiffs' Counsel