UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GEORGE KINNEY, ALLES CORPORATION, THOMAS GALLAGHER, BEN HASTEN, and MARK JAFFE, on behalf of themselves and all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. 99-579-ML |
| METRO GLOBAL MEDIA, INC., DAN H. EBERLY, KENNETH F. GUARINO, A. DANIEL GERIBO, T. JAMES BLAIR, JANET M. HOEY, and TRIEN ROSENBERG ROSENBERG WEINBERG CIULLO & FAZZARI, LLP, | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF JACQUELINE SAILER**
**IN SUPPORT OF PETITION FOR**
**ORDER FOR FINAL DISTRIBUTION**
**OF SETTLEMENT FUNDS**

STATE OF NEW YORK )
) ss.
COUNTY OF NEW YORK )

I, Jacqueline Sailer, being duly sworn, depose and state as follows:

1. I am a member of Murray, Frank & Sailer LLP (formerly known as "Rabin, Murray & Frank LLP" and as "Rabin & Peckel LLP"). My firm and I have served as lead counsel in the above-captioned litigation.

2. As Lead Counsel, I am fully aware of the tasks performed by the lawyers and paralegals in my firm, and those of the claims administrator, FRG Information Systems, Inc., in providing services to ensure that the administration of the settlement in this matter was

properly conducted. All appropriate claims were resolved and the plan of distribution was carried out.

3. Two hundred fifty two claims were approved by the Court for participation in the distribution.

4. After the distribution of funds in May 2004, 6 checks were left uncashed. A locate procedure was initiated and 2 additional claimants cashed their checks.

5. As Lead Counsel, I oversaw the efforts to locate claimants. I checked lists of uncashed checks to ensure that checks could be sent to every approved claimant. My firm sent repeated letters to the claimants who had not cashed checks and attempted to call them. Only four checks remain uncashed, from claimants Judd Block, General Motor State Street Corp., Dmitry Gozman, and Alex Pacheco, totaling $2,978.49.

6. Locate efforts have been exhausted. Approved claims where the claimant cannot be located and does not cash his check are not in compliance with the plan of distribution and should be denied.

7. The expensive process of processing, printing, and mailing of supplemental checks would result in a *de minimus*, if any, distribution to most claimants. It would, however, result in additional administration costs. The further distribution to claimants of the sums remaining is unwarranted due to the expense and small sum involved.

8. In numerous class actions residual settlement funds which are insufficient to warrant further distribution have been contributed to charities or educational institutions approved by the court. *See, e.g., Cosmas v. Merrill Lynch & Co.*, 92 Civ. 6560 (S.D.N.Y.); *In re Standard Management Sec. Litig.*, IP 93-423-C (S.D. Ind.) (attached hereto as Exhibit A).

9. I respectfully request that the Court consider the following institutions as recipients of the undistributed balance of the Settlement Fund, to be distributed in equal parts:

(a) The Women's Center of Rhode Island, a nonprofit 501(c)(3) organization that provides safety and support to women and their children who are experiencing interpersonal abuse or homelessness due to personal crisis. The Women's Center of Rhode Island is a member organization of the Rhode Island Coalition Against Domestic Violence. More information on the Women's Center can be found at www.womenscenterri.org.

(b) The Securities Law Society of St. John's Law School, located in Queens, New York. The mission of the Securities Law Society is to educate the investing public about securities law and to provide members with the opportunity to discuss various areas of securities law. More information on the Securities Law Society of St. John's Law School can be found at www.stjohns.edu/academics/graduate/law/journals/securities/overview.sju.

(c) New York Law School, located in New York, New York. New York Law School, founded in 1891, is one of the oldest independent law schools in the United States. More information on New York Law School can be found at www.nyls.edu.

Jacqueline Sailer

Sworn to before me
October 16, 2006

Notary Public

GREGORY LINKH
Notary Public, State of New York
No. 02LI6135245
Qualified in Kings County
Commission Expires Oct. 17, 2009