UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

OCT 20 2006

Property of U.S. District Court
District of Rhode Island

GEORGE KINNEY, ALLES CORPORATION, THOMAS GALLAGHER, BEN HASTEN, and MARK JAFFE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

METRO GLOBAL MEDIA, INC., DAN H. EBERLY, KENNETH F. GUARINO, A. DANIEL GERIBO, T. JAMES BLAIR, JANET M. HOEY, and TRIEN ROSENBERG ROSENBERG WEINBERG CIULLO & FAZZARI, LLP,

Defendants.

C.A. 99-579-ML

**[~~PROPOSED~~] ORDER FOR FINAL DISTRIBUTION OF SETTLEMENT FUNDS**

WHEREAS, this Court by previous Orders entered final judgment and retained jurisdiction over the administration of the settlement and the distribution of the settlement fund; and

WHEREAS, this Court has been duly presented with a Petition by Lead Counsel, together with supporting affidavit, requesting denial of claims of certain claimants for failure to comply with the plan of distribution, and for distribution of remaining funds to institutions approved by the Court; and

WHEREAS, the plan of distribution has now been completed.

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. The claims of Judd Block, General Motor State Street Corp., Dmitry Gozman, and Alex Pacheco are denied for failure to comply with the plan of distribution.

2. The remaining settlement funds shall be paid in equal parts to the Women's Center of Rhode Island, the Securities Law Society of St. John's Law School, and New York Law School.

So ordered on this 7th day of November, 2006

U.S.D.J.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **PETITION FOR ORDER FOR FINAL DISTRIBUTION OF SETTLEMENT FUNDS** was served this 18th day of October, 2006, to the following by first class U.S. mail, postage prepaid:

Joseph N. Paykin
**Raice Paykin & Krieg, LLP**
185 Madison Ave.
18th Fl.
New York, NY 10016

R. James Bradford, Esq.
**Mendes & Mount, LLP**
750 Seventh Ave.
New York, NY 10019-6829

James A. Ruggieri
**Higgins, Cavanagh & Cooney, LLP**
The May Building
123 Dyer Street
Providence, RI 02903

Walter J. Manning, Esq.
**Manning Law Office**
1060 Park Avenue
Cranston, RI 02910

Brian Brooks

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **PETITION FOR ORDER FOR FINAL DISTRIBUTION OF SETTLEMENT FUNDS** was served this 18th day of October, 2006, to the following by first class U.S. mail, postage prepaid:

Joseph N. Paykin
**Raice Paykin & Krieg, LLP**
185 Madison Ave.
18th Fl.
New York, NY 10016

R. James Bradford, Esq.
**Mendes & Mount, LLP**
750 Seventh Ave.
New York, NY 10019-6829

James A. Ruggieri
**Higgins, Cavanagh & Cooney, LLP**
The May Building
123 Dyer Street
Providence, RI 02903

Walter J. Manning, Esq.
**Manning Law Office**
1060 Park Avenue
Cranston, RI 02910

Brian Brooks